■ The People of the State of New York, Respondent, v Diana Censoprano, Appellant. [46 NYS3d 800]—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Suffolk County (Cohen, J.), imposed August 25, 2015, upon her plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of her right to appeal was valid, and precludes review of her contention that the sentence imposed was excessive (see People v Bradshaw, 18 NY3d 257, 267 [2011]; People v Lopez, 6 NY3d 248, 255 [2006]; People v Codner, 128 AD3d 715, 716 [2015]). Eng, P.J., Chambers, Maltese and Barros, JJ., concur.